

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **NOREEN STACKHOUSE**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

March 25, 2012

**BY ECF**
Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Olga Manga v. City of New York, et al.</u>, 11 CV 2918 (RRM)(RLM)

Your Honor:

        I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. Accordingly, the settlement conference scheduled for March 28, 2012, at 2:00 p.m., is no longer necessary and the parties respectfully request that the Court adjourn the conference. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

        Thank you for your consideration herein.

        Respectfully submitted,

        /s/

        Noreen Stackhouse
        Assistant Corporation Counsel
        Special Federal Litigation Division

cc:    Kevin P. O'Donnell, Esq.  (By ECF)
       *Attorney for Plaintiff*
       125-10 Queens Blvd, Suite 15
       Kew Gardens, New York 11415